# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**GEORGE J. HORAK, III and**
**CLIMATE ENGINEERS, INC.,**

    PlaintiffS,

v.

**REAMES CONCRETE COMPANY,**

    Defendant.

Civil Action No. 7:14-CV-6 (HL)

## ORDER

Plaintiff Climate Engineers, Inc. and Defendant Reames Concrete Company are ordered to file a corporate disclosure statement pursuant to Local Rule 87 no later than April 10, 2014. Failure to do so will result in sanctions against the parties and/or counsel.

**SO ORDERED**, this the 1st day of April, 2014.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

aks