# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**GEORGE J. HORAK, III and CLIMATE ENGINEERS, INC.**,

    Plaintiffs,

v.

**REAMES AND SON CONSTRUCTION COMPANY, INC.**,

    Defendants.

Civil Action No. 7:14-CV-6 (HL)

## ORDER

The Court received a request from Plaintiffs on August 4, 2014 (Doc. 29), to schedule a conference call to address Plaintiffs' contention that Defendant is not engaging in discovery in good faith. After reviewing Plaintiffs' letter outlining the issues that have arisen in the course of discovery, the Court believes it more appropriate to schedule an in person hearing rather than a telephone conference. Accordingly, counselors of record are ordered to appear before the Court on Wednesday, **August 13, 2014, at 9:30 a.m., in Macon, Georgia** to address the pending conflict.

**SO ORDERED** this 4th day of August, 2014.

                              *s/ Hugh Lawson*
                              **HUGH LAWSON, SENIOR JUDGE**

aks